### MINNIE THOMAS V. THE STATE.

No. 10222.　Delivered May 5, 1926.

**Robbery—Appeal Dismissed.**

　Upon the written request of the appellant, duly verified, this appeal is dismissed.

Appeal from the District Court of Falls County.　Tried below before the Hon. Prentice Oltorf, Judge.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for robbery, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is robbery, punishment fixed at confinement in the penitentiary for a period of five years.

Upon the written motion of the appellant, duly verified, the appeal is dismissed.

*Dismissed.*